**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:11-MJ-349-DSC**

| | |
|---|---|
| **IN RE SEIZURE OF ALL INCOMING** ) | **ORDER TO UNSEAL** |
| **MONETARY WIRE TRANSFERS, etc.** ) | |

Upon Motion of the United States Attorney to unseal the above captioned seizure warrant file, and for the reasons stated in the Government's Motion,

IT IS THEREFORE ORDERED that the Clerk shall unseal the file.

**SO ORDERED**.

Signed: March 14, 2012

David S. Cayer
United States Magistrate Judge